No. 73–714. IMEL ET AL. *v.* ZOHN MANUFACTURING Co. ET AL. C. A. 10th Cir. Motion to dispense with printing petition denied with leave to file printed petition in conformity with Rule 39 of the Rules of this Court on or before January 22, 1974.

No. 73–5726. THOMAS *v.* HENDERSON, CORRECTIONAL SUPERINTENDENT. Motion for leave to file petition for writ of certiorari denied.

No. 73–5780. KOCHEL *v.* O'DONNELL, JUDGE. Motion for leave to file petition for writ of habeas corpus denied.

No. 73–754. PROCUNIER, CORRECTIONS DIRECTOR *v.* HILLERY ET AL. Appeal from D. C. N. D. Cal. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 73–767. UNITED STATES *v.* CONNECTICUT NATIONAL BANK ET AL. Appeal from D. C. Conn. Probable jurisdiction noted and case set for oral argument with No. 73–38 [*United States* v. *Marine Bancorporation, Inc.,* probable jurisdiction noted, *ante,* p. 907].

No. 73–582. CITY OF PITTSBURGH *v.* ALCO PARKING CORP. ET AL. Sup. Ct. Pa. Certiorari granted.

No. 73–718. BANGOR PUNTA OPERATIONS, INC., ET AL. *v.* BANGOR & AROOSTOOK RAILROAD CO. ET AL. C. A. 1st Cir. Certiorari granted.

No. 73–726. COOPER STEVEDORING CO., INC. *v.* FRITZ KOPKE, INC., ET AL. C. A. 5th Cir. Certiorari granted.